**Order filed, October 01, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00565-CV

———————

**JOSEPH K. WATTS, P.C., JOSEPH K. WATTS, INDIVIDUALLY AND ANGELA M. WATTS, INDIVIDUALLY, Appellant**

**V.**

**STEWART A. FELDMAN, INDIVIDUALLY, THE FELDMAN LAW FIRM LLP, RAPID SETTLEMENTS LTD., RAPID MANAGEMENT CORP., RSL-3B-IL LTD., RSL-3B-IL MANAGEMENT CORP., RSL-5B-IL MANAGEMENT CORP., ET AL, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-09825**

---

## ORDER

The reporter's record in this case was due **July 24, 2015**. *See* Tex. R. App. P. 35.1. On **August 10, 2015**, this court ordered the court reporter to file the

record within 30 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Wilburn**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.  No further extension will be entertained absent exceptional circumstances.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Gina Wilburn** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM